. No. 42,540

JOSEPH E. BROCK, Administrator of the Estate of Ernest Shank, Deceased, *Appellee,* v. THE PEABODY COOPERATIVE EQUITY EXCHANGE, a Corporation, *Appellant.*

(369 P. 2d 323)

Opinion
filed March 3, 1962. 

*Clarence N. Holeman,* of Wichita, argued the cause, *David W. Wheeler* and *Edwin G. Westerhaus,* both of Marion, *Robert J. Gilliland, John F. Hayes* and *C. William Miller,* all of Hutchinson, were with him on the briefs for the appellant.

*Enos E. Hook* and *John H. Gerety,* both of Wichita, argued the cause, *Sid-*

*ney L. Foulston, Sr.,* and *Sidney L. Foulston, Jr.,* both of Wichita, and *John Wheeler,* of Marion, were with them on the briefs for the appellee.

The opinion of the court was delivered by

JACKSON, J.: This is a companion appeal to that decided in No. 42,539, *Brock, Administrator v. Peabody Cooperative Equity Exchange,* this day decided and found *ante,* p. 364, 369 P. 2d 320. That case involved the alleged wrongful death of the little son, Alex Joe Shank, while this case involves the wrongful death of the mother and wife, Mary Elizabeth Shank.

The ultimate questions on appeal in this case have been fully covered in the opinion of Mr. Justice Schroeder in the above mentioned companion case. Therefore, the order in this appeal will be that this appeal is dismissed upon the authority and in accord with the opinion in case No. 42,539. It is so ordered.